# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

AUBREY GREER, )
)
       Plaintiff, )
)
vs. ) Case No. CIV-10-300-FHS
)
STATE OF OKLAHOMA, ex rel. )
OKLAHOMA DEPARTMENT OF )
HUMAN SERVICES; et al., )
)
       Defendants. )

## AGREED ORDER AND JUDGMENT APPROVING SETTLEMENT

This matter comes before the Court pursuant to 51 O.S. §158(A) for consideration of the "Joint Motion for Approval of Settlement" (Doc. #32) ("Joint Motion") filed herein on February 28, 2011, by the Plaintiff, Aubrey Greer, and by the Defendants, the Oklahoma Department of Human Services ("OKDHS"), Jerrell Hoffman, Joe Bray, Gay Smith, Benella Fields, Lynn Childers, Carolyn Hathcote, Juanita Latimore, and Bill Wilson.

Upon consideration of the parties' Joint Motion, the Court finds and concludes that the same should be granted. Therefore, the Court determines that the settlement agreement entered into by the Plaintiff and by these Defendants at the court-ordered settlement conference held in this case on February 15, 2011, should be and is hereby approved and judgment in accordance therewith is hereby entered in favor of the Plaintiff and against Defendant OKDHS as provided by law.

It is so ordered this 1st day of March, 2011.

                                                                  Frank H. Seay
                                                        United States District Judge

**APPROVED:**

| **PLAINTIFF:** | **DEFENDANTS:** |
|---|---|

*s/ RUSSELL USELTON\**
Russell Uselton (OBA #10146)
Eric Grantham (OBA #22156)
Stipe, Harper, Laizure, Uselton,
    Belote, Maxcey & Thetford, LLP
343 East Carl Albert Pkwy
P.O. Box 1369
McAlester, OK 74502

Telephone: (918) 423-0421
Facsimile: (918) 423-0266
E-mail: ruselton@stipelaw.com
E-mail: eric@stipelaw.com

       and

George Zellmer (OBA #9994)
Attorney at Law
320 E. Carl Albert Parkway
McAlester, OK 74502

Telephone: (918) 302-0877

*Attorneys for Plaintiff.*

***\*SIGNED BY FILING ATTORNEY WITH PERMISSION.***

---

*s/ RICHARD W. FREEMAN, JR.*
Joseph W. Strealy (OBA #8686)
Richard W. Freeman, Jr. (OBA #3130)
Assistant General Counsel
Department of Human Services
P. O. Box 53025
Oklahoma City, OK 73152-3025

Telephone: (405) 521-3638
Facsimile: (405) 521-6816
E-mail: Joseph.Strealy@okdhs.org
E-mail: Richard.Freeman@okdhs.org

*Attorneys for Defendants.*